Joshua GALLISHAW, a/k/a Joshua Latron Gallishaw, Plaintiff—Appellant,

v.

Raymond REED, Warden, Manning CI; C. Marsh, Major; L. Diamond; Jerrey Corum; Stevenson, Warden NFN; J.C. Brown; Director Ozmint; Gollach, Lt.; Ms. Whittaker, SMU Classification Department; Mrs. Taylor, Inmate Grievance Coordinator; Ann Hallman, Headquarters for Grievance Department, Defendants—Appellees.

No. 10–7003.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 6, 2010.

Joshua Gallishaw, Appellant pro se. John Betts McCutcheon, Jr., Lisa Arlene Thomas, Thompson & Henry, PA, Conway, South Carolina, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Gallishaw appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gallishaw v. Reed,* No. 9:09–cv–02566–CMC, 2010 WL 2622929 (D.S.C. June 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*